# FLSA – NOTICE OF CONSENT

Client, (print name) _CRISTIAN V ELMION_ hereby consents pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action and to be represented by the Law Office of Lowell J. Kuvin, LLC and/or the associating law firm.

• I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;

• I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

• I agree to be represented by Law Office of Lowell J. Kuvin, as well as the associating attorney firm, counsel(s) for the named Plaintiff;

• In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

_____
Signature of Client

Client Name: _CRISTIAN V SIMION_

Date: _07_ / _02_ /2013