UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-22350-CIV-ZLOCH

CRISTIAN SIMION and PETRE JUMATATE,
and on their own behalf and on behalf of those
similarly situated,

      Plaintiffs,

vs.

BRASSERIE LA GOULUE PARTNERS,
LLC, a Florida for profit corporation d/b/a
LA GOULUE, PASCAL COHEN, individually,
SAMMY COHEN, individually, and EDMOND
TOUBOUL, individually,

      Defendants.
_____/

CLASS and COLLECTIVE ACTION
ALLEGATIONS

NOTICE OF CONSENT TO JOIN

Plaintiffs, Plaintiffs CRISTIAN SIMION and PETRE JUMATATE, on behalf of themselves and those similarly situated, give notice of filing the attached Consent[s] to Join executed by; IOAMA A. LASCU, and MIHAELA HERLEA-TUCKER. This brings the number of similarly situated opt-ins to ten (10).

Respectfully Submitted September 24, 2013.

    /s Lowell J. Kuvin
Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:   305.358.6808
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List

Robert Soloff
Fla. Bar No.: 464732
soloffpa@bellsouth.net
Robert Soloff, PA
7805 SW 6th Ct.
Plantation Florida, 33324
Tel.    954.472.0002
Fax.   954.472.0052
*Attorney for Defendants*

Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:    305.358.6808
*Attorney for Plaintiffs*